**EXHIBIT A**

# K.D. Langley Fiber Services

P.O. Box 7, Tiverton, RI 02878 • Telephone (401) 624-6868

July 18, 2006

Mr. James F. Casale
The Knit With
8226 Germantown Avenue
Chestnut Hill, PA 19118-3402

## Report on the Qualitative Fiber Analysis of Yarns

**Material Submitted**

| Sample | Brand Name | Yarn Name | Country of Origin | Labeled Composition | Other Identifying Data |
|---|---|---|---|---|---|
| 1 | Debbie Bliss | baby cashmerino | Italy | 55% Merino Wool 33% Microfibre 12% Cashmere | 125 m/ 50g; Col. 34101, Lot 445 |
| 2 | KFIs | Cashereno | Italy | 55% Merino Wool 33% Microfibre 12% Cashmere | 135 m/ 50g; Col. 24, Lot 31 |
| 3 | Debbie Bliss | cashmerino aran | Italy | 55% Merino Wool 33% Microfibre 12% Cashmere | 90 m/ 50g; Col 300610, Lot 108 |

**Laboratory Procedure.** Fibers were sectioned with a fiber cutter, and mounted on microscope slides. Over 500 fibers from each sample were identified using light microscopy at a magnification of 250-400X. These ( three ) yarns were tested according to AATCC ( American Association of Textile Chemists and Colorists ) protocol 20-2004 Fiber Analysis: Qualitative, which is generally accepted in the fiber and testing fields as reliable and definitive to determine whether a yarn contains the fibers claimed on its labeling as required by and in accordance with The Wool Products Labeling Act.

**Results**
Each of **Samples #1, #2, and #3** contains **Wool and Acrylic** fibers. No cashmere fibers were observed in any of the samples. The opinion expressed in this report is expressed to a reasonable degree of scientific certainty based upon the tests performed and my knowledge and experience in the field of fiber testing. Photomicrographs are attached of the wool and acrylic fibers found in the samples as well a cashmere fiber from a reference sample.

Sincerely yours,

Kenneth D. Langley

Consulting in Fiber and Textile Quality