# EXHIBIT B

K.D. Longley Fiber Services

P.O. Box 7, Tiverton, RI 02878 • Telephone (401) 624-6868

July 25, 2006

Mr. James F. Casale
The Knit With
8226 Germantown Avenue
Chestnut Hill, PA 19118-3402

## Report on the Quantitative Fiber Analysis of Yarn

**Material Submitted**

| Sample | Brand Name | Yarn Name | Country of Origin | Labeled Composition | Other Identifying Data |
|---|---|---|---|---|---|
| 3 | Debbie Bliss | cashmerino aran | Italy | 55% Merino Wool 33% Microfibre 12% Cashmere | 90 m/ 50g; Col 300610, Lot 108 |

**Laboratory Procedure**

Fibers were sectioned with a fiber cutter, and mounted on microscope slides. Over 500 fibers from the sample were identified using light microscopy at a magnification of 250-400X. The yarn was tested according to AATCC (American Association of Textile Chemists and Colorists) protocol 20-2004 Fiber Analysis, Qualitative, and AATCC 20A-2000 Fiber Analysis, Quantitative (Chemical Method No. 5) which are generally accepted in the fiber and testing fields as reliable and definitive to determine whether a yarn contains the fibers (and their amount by weight) claimed on its labeling as required by and in accordance with The Wool Products Labeling Act.

**Results**

The sample contains **57.2% Wool and 42.8% Acrylic fibers**. No cashmere fibers were observed in the sample. The opinion expressed in this report is expressed to a reasonable degree of scientific certainty based upon the tests performed and my knowledge and experience in the field of fiber testing.

Sincerely yours,

Kenneth D. Langley

Consulting in Fiber and Textile Quality