# EXHIBIT C



# SOFTLINES TEST REPORT

| Style Number: | Not Provided |
|---|---|
| Overall Rating: | FAIL |

## CLIENT INFORMATION

| | |
|---|---|
| Client: | The Knit With |
| Address: | 8226 Germantown Avenue |
| | Chestnut Hill, PA 19118-3402 |
| Contact: | James F. Casale |
| Phone: | 215-247-9276    Fax:    Not Provided |
| Email: | jimattkw@msn.com |
| Cc: | Not Provided |

## STR INFORMATION

| | |
|---|---|
| Report Number: | 24708 (Revised) |
| Trace Code: | TX06.0733 |
| Date Received: | August 3, 2006 |
| Date Authorized: | August 3, 2006 |
| Date Test(s) Conducted: | August 3 – August 24, 2006 |
| Date Completed: | August 31, 2006 (Revised) |

| Sample | Brand Name | Country of Origin | Labeled Composition | Other |
|---|---|---|---|---|
| 1 | Debbie Bliss | Italy | 55% Merino Wool, 33% Microfibre, 12% Cashmere | 125m/50g; Col. 340101, Lot 445 |
| 2 | KFI | Italy | 55% Merino Wool, 33% Microfibre, 12% Cashmere | 135m/50g; Col. 24, Lot 31 |
| 3 | Debbie Bliss | Italy | 55% Merino Wool, 33% Microfibre, 12% Cashmere | 90m/50g; Col. 300102, Lot 310 |

*Note: A modification for fiber analysis has been made to report issued on August 24, 2006.*
*Note: A modification for overall rating has been made to report issued on August 24, 2006.*

Timothy M. Misterka
Report Writer, Softlines

Ronald J. Pacheco
Technical Director, Softlines

: tm

SPECIALIZED TECHNOLOGY RESOURCES, INC., 10 Water Street, Enfield, CT 06082-4899 USA

Phone: (860) 749-8371    Fax: (860) 749-7553 or 749-8734    E-mail: strinfo@strlab.com    Website: http://www.strlab.com

LETTERS & REPORTS: Specialized Technology Resources, Inc., letters and reports are issued for the exclusive use of the clients to whom they are addressed. No quotations from reports or use of the Specialized Technology Resources, Inc., name is permitted except as expressly authorized in writing. Letters and reports apply only to the specific materials, products or processes tested, examined or surveyed and are not necessarily indicative of the qualities of apparently identical or similar materials, products or processes. The liability of Specialized Technology Resources, Inc., with respect to services rendered, shall be limited to the amount of consideration paid for each service and not include any consequential damages. This report or certificate does not relieve sellers/suppliers from their contractual responsibility with regard to the quality/quantity of this delivery, nor does it prejudice client's right to claim towards sellers/suppliers for compensation for any apparent and/or hidden defects not detected during our random inspection or testing. STR has not performed a complete analysis of the product. The test results contained in this report indicate that the product has passed or failed the specific tests only. These test results, except if rated as "Passed", do not indicate or certify that the product is safe for commercial or consumer use.



Specialized Technology Resources, Inc.

Client Name: The Knit With
Report Number: 24708 (Revised)
Trace Code: TX06.0733
Style Number: Not Provided
Date Completed: August 31, 2006 (Revised)
Page 2 of 2

# FIBER ANALYSIS

| FIBER ANALYSIS (AATCC 20 - 2005) | | Claim | |
|---|---|---|---|
| **Sample:**<br><br>Microscopical Method | **Sample 1 – Baby Cashmereno**<br><br>Only the animal fiber was examined and it was all wool. There was no cashmere.<br><br><br>Fiber content is not as declared. | 55%<br><br>33%<br><br>12% | Merino Wool<br><br>Microfibre<br><br>Cashmere |
| **Sample:**<br><br>Microscopical Method | **Sample 2 – Cashmereno**<br><br>Only the animal fiber was examined and it was all wool. There was no cashmere.<br><br><br>Fiber content is not as declared. | 55%<br><br>33%<br><br>12% | Merino Wool<br><br>Microfibre<br><br>Cashmere |
| **Sample:**<br><br>Microscopical Method | **Sample 3 – Cashmereno Aran**<br><br>Only the animal fiber was examined and it was all wool. There was no cashmere.<br><br><br>Fiber content is not as declared. | 55%<br><br>33%<br><br>12% | Merino Wool<br><br>Microfibre<br><br>Cashmere |

**\*\*\* END OF REPORT \*\*\***

LETTERS & REPORTS Specialized Technology Resources, Inc., letters and reports are issued for the exclusive use of the clients to whom they are addressed. No quotations from reports or use of the Specialized Technology Resources, Inc., name is permitted except as expressly authorized in writing. Letters and reports apply only to the specific materials, products or processes tested, examined or surveyed and are not necessarily indicative of the qualities of apparently identical or similar materials, products or processes. The liability of Specialized Technology Resources, Inc., with respect to services rendered, shall be limited to the amount of consideration paid for each service and not include any consequential damages. This report or certificate does not relieve seller/suppliers from their contractual responsibility with regard to the quality/quantity of this delivery nor does it prejudice client's right to claim towards seller/suppliers for compensation for any apparent and/or hidden defects not detected during our random inspection or testing. STR has not performed a complete analysis of the product. The test results contained in this report indicate that the product has passed or failed the specific tests only. These test results, even if rated as "Passed", do not indicate or certify that the product is safe for commercial or consumer use.