HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE YARNS, INC., a Washington Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KNITTING FEVER, INC., a New York Corporation, KFI, INC., a New York Corporation, DESIGNER YARNS, LTD., a corporation of England, EMMEPIEFFE SRL, an entity organized or existing under the laws of Italy, SION ELALOUF, an individual, JAY OPPERMAN, an individual, DEBBIE BLISS, an individual, and DOES 1-50 <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:10-cv-00861 RSM <br><br> **ORDER REGARDING CR 37 SUBMISSION REGARDING CASCADE YARNS, INC.'S INTERROGATORIES TO SION ELALOUF** |

This matter is before the Court for consideration of plaintiff's unnoted Local Rule CR 37 joint motion to compel.[1] Dkt. # 385. Having considered the motion and response, the Court now finds and rules as follows:

---

[1] Although Local Rule CR 37(a)(1)(B) contemplates an expedited ruling on this joint submission, it was not properly noted as a motion, and does not appear on the Court's calendar. The Court was not alerted to this and other CR 37 joint submissions filed by plaintiff until a review of other motions on the docket brought them to the Court's attention.

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES TO
SION ELALOUF - 1
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887

**INTERROGATORY 5:** Please state who you contend is responsible for the actual fiber composition of "the Cashmerinos." Please respond with respect to the wool, acrylic, cashmere blend yarns sourced through VVG under either the Debbie Bliss, Louisa Harding, KFI Cashmerino, Cashmere Luxury or other label which is or was sold by KFI. Please respond with the name of the person who you contend has the responsibility of making such decision. If you do not know the identity of the person, describe him as best as you can, including his employer or role.

**COURT'S RULING ON INTERROGATORY 5:** GRANTED IN PART. Mr. Elalouf shall supplement his response with a signature of counsel, certifying that the answer is complete. The Court notes that plaintiff's argument on this Interrogatory discusses mislabeling of yarns and who is responsible for that, but the question posed in this Interrogatory addressed fiber composition, not labeling. Mr. Elalouf has answered that question sufficiently in his Second and Third Supplemental Responses and by providing a Rule 33(d) Specification of responsive documents.

**INTERROGATORY 6**: Identify all yarns that you have either personally sent for fiber analysis, or caused by request or other deliberate action to be sent. In your response, please identify the source of the sample, person or company doing the testing, person undertaking the collection of the sample, and date this was done.

**COURT'S RULING ON INTERROGATORY 6:** GRANTED IN PART and DENIED IN PART. The Interrogatory as framed, naming "all yarns" is overbroad. The scope shall be limited to the yarns at issue in this lawsuit, including all yarns on the list set forth at Exhibit A to the Declaration of J. Slavitt, Dkt. # 389, Exhibit A; other Debbie Bliss yarns; and other yarns, including third party yarns, that Mr. Elalouf has sent or caused to be sent for testing for cashmere or milk fiber content. Mr. Elalouf shall provide a written answer to the Interrogatory in addition to providing a Rule 33(d) list of responsive documents.

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES TO
SION ELALOUF - 2
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887

**INTERROGATORY 7**: From April 2010 to the present, Identify all transfers, sales, or encumbrances of personal or real property in which you have an ownership interest. Please respond with respect to all properties, real or personal, which have a value of $25,000 or more, and include the date and nature of the transfer, description of the property, and the consideration for the same.

**COURT'S RULING ON INTERROGATORY 7:** DENIED.

**INTERROGATORY 8**: Please state your contention regarding quality or type of Cashmere currently or formerly used in the wool, acrylic, cashmere blend products sourced by VVG (i.e. KFI Cashmerino, Debbie Bliss Cashmerino, Louisa Harding Kashmir, and Cashmere Luxury). This specifically seeks your contention regarding the identification of the fiber labeled as cashmere in these products (i.e. acrylic, Iranian cashmere, coarse guard hair from goat, etc.) If your response is dependent upon product, dyelot (i.e. "b" or "c"), or date, please indicate this in your response.

**COURT'S RULING ON INTERROGATORY 8:** GRANTED.

DATED this 10 day of January, 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SQUIRE, SANDERS & DEMPSEY (US) LLP

By  */s/ Robert J. Guite*
    Robert J. Guite, WSBA No. 25753

Attorneys for Plaintiff and Counterclaim Defendants

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES TO
SION ELALOUF - 3
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887