HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE YARNS, INC., a Washington Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>KNITTING FEVER, INC., a New York Corporation, KFI, INC., a New York Corporation, DESIGNER YARNS, LTD., a corporation of England, EMMEPIEFFE SRL, an entity organized or existing under the laws of Italy, SION ELALOUF, an individual, JAY OPPERMAN, an individual, DEBBIE BLISS, an individual, and DOES 1-50<br><br>               Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-cv-00861 RSM<br><br>**ORDER REGARDING CR 37 SUBMISSION REGARDING DEFENDANTS' INITIAL DISCLOSURES** |

This matter is before the Court for consideration of plaintiff's unnoted Local Rule CR 37 motion regarding initial disclosures.[1] Dkt. # 370. Having considered the motion and lack of response, the Court now finds and rules as follows:

---

[1] Although Local Rule CR 37(a)(1)(B) contemplates an expedited ruling on this joint submission, it was not properly noted as a motion, and does not appear on the Court's calendar. The Court was not alerted to this and other CR 37 joint submissions filed by plaintiff until a review of other motions on the docket brought them to the Court's attention.

ORDER REGARDING CR 37 SUBMISSION
REGARDING DEFENDANTS' INITIAL
DISCLOSURES - 1
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887

**INITIAL DISCLOSURE 26(a)(1)(A)(iv):** "Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties . . . for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments to satisfy the judgment." Fed. R. Civ. P. 26(a)(1)(A)(iv).

**COURT'S RULING ON INITIAL DISCLOSURE 26(a)(1)(A)(iv):** DENIED for failure to secure agreement of opposing party to this expedited procedure. Local Rule CR 37(a)(1)(B).

DATED this 10 day of January 2012.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SQUIRE, SANDERS & DEMPSEY (US) LLP

By _/s/ Robert J. Guite_
   Robert J. Guite, WSBA No. 25753

Attorneys for Plaintiff and Counterclaim Defendants

ORDER REGARDING CR 37 SUBMISSION
REGARDING DEFENDANTS' INITIAL
DISCLOSURES - 2
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887