HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE YARNS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KNITTING FEVER, INC., a New York Corporation, KFI, INC., a New York Corporation, DESIGNER YARNS, LTD., a corporation of England, EMMEPIEFFE SRL, an entity organized or existing under the laws of Italy, SION ELALOUF, an individual, JAY OPPERMAN, an individual, DEBBIE BLISS, an individual, and DOES 1-50<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-cv-00861 RSM<br><br>**ORDER REGARDING CR 37 SUBMISSION REGARDING CASCADE YARNS, INC.'S INTERROGATORIES TO DEBBIE BLISS** |

This matter is before the Court for consideration of plaintiff's unnoted Local Rule CR 37 joint motion to compel.[1] Dkt. # 382. Having considered the motion and response, the Court now finds and rules as follows:

---

[1] Although Local Rule CR 37(a)(1)(B) contemplates an expedited ruling on this joint submission, it was not properly noted as a motion, and does not appear on the Court's calendar. The Court was not alerted to this and other CR 37 joint submissions filed by plaintiff until a review of other motions on the docket brought them to the Court's attention.

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES
TO DEBBIE BLISS - 1
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887

**INTERROGATORY 2:** For all appearances, in the United States related to yarn or knitting, for which you have a reason to believe that the attendees were charged a fee, such as Vogue Knitting Live or teaching and lecture appearances that you made connected with KFI's customers, please state the compensation that you were paid and Identify the person or party making arrangement for the same.

**COURT'S RULING ON INTERROGATORY 2:** DENIED. Ms. Bliss has answered this Interrogatory, stating that she has received no salary, fee, or other payment or compensation other than reimbursement for travel expenses.

**INTERROGATORY 3**: Identify any work visa that you have, or had, to engage in employment in the United States, or other eligible basis, such as United States citizenship or legal residency.

**COURT'S RULING ON INTERROGATORY 3:** DENIED.

**INTERROGATORY 8**: Identify all licenses, assignments, or contracts for use of your name on yarn and related merchandise, such as books and magazines.

**COURT'S RULING ON INTERROGATORY 8:** GRANTED.

**INTERROGATORY 9**: Identify who has ownership or right to use your name on yarn and related merchandize, such as books and magazines. Please Identify any limitations on ownership or right of use held by such party.

**COURT'S RULING ON INTERROGATORY 9:** GRANTED.

**INTERROGATORY 10**: Who do you contend is responsible for the contents and labeling of the yarn products bearing the Debbie Bliss name? If you content that more than one

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES
TO DEBBIE BLISS - 2
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887

person is so responsible, or if you contend that the answer varies with different products, please Identify all of the persons, their roles, and the respective products under their responsibility.

**COURT'S RULING ON INTERROGATORY 10:** DENIED. The answer as given in the Second and Third Supplemental Responses is sufficient.

**INTERROGATORY 11**: Identify all communications that you have made regarding any purported mislabeling of the cashmerinos or the dispute with Cascade regarding the same.

**COURT'S RULING ON INTERROGATORY 11:** DENIED as to oral communications, which may be explored in deposition. GRANTED as to non-privileged written communications, which shall be certified as complete by signature of counsel, and shall be accompanied by a privilege log identifying documents withheld due to asserted privilege.

DATED this 10 day of January 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SQUIRE, SANDERS & DEMPSEY (US) LLP

By  */s/ Robert J. Guite*
    Robert J. Guite, WSBA No. 25753

Attorneys for Plaintiff and Counterclaim Defendants

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES
TO DEBBIE BLISS - 3
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887