HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE YARNS, INC., a Washington Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KNITTING FEVER, INC., a New York Corporation, KFI, INC., a New York Corporation, DESIGNER YARNS, LTD., a corporation of England, EMMEPIEFFE SRL, an entity organized or existing under the laws of Italy, SION ELALOUF, an individual, JAY OPPERMAN, an individual, DEBBIE BLISS, an individual, and DOES 1-50<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-cv-00861 RSM<br><br>**ORDER REGARDING CR 37 SUBMISSION REGARDING CASCADE YARNS, INC.'S INTERROGATORIES TO DESIGNER YARNS, LTD.** |

This matter is before the Court for consideration of plaintiff's unnoted Local Rule CR 37 joint motion to compel.[1] Dkt. # 376. Having considered the motion and response, the Court now finds and rules as follows:

---

[1] Although Local Rule CR 37(a)(1)(B) contemplates an expedited ruling on this joint submission, it was not properly noted as a motion, and does not appear on the Court's calendar. The Court was not alerted to this and other CR 37 joint submissions filed by plaintiff until a review of other motions on the docket brought them to the Court's attention.

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES TO
DESIGNER YARNS, LTD. - 1
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887

**INTERROGATORY 3:** Identify all tests of KFI Products that you sourced, marketed, licensed, or otherwise supplied. In your response include the source of the sample (place where it was acquired), person procuring the same, person doing the testing, and person paying for the same.

**COURT'S RULING ON INTERROGATORY 3:** GRANTED IN PART. Designer Yarns shall provide a supplemental response to the Rule 33(d) specification, verified by signature of counsel, and identifying yarns by name, not code. The scope shall be limited to the yarns actually at issue in this lawsuit.

**INTERROGATORY 4**: Identify all tests of Cascade's Products. In your response include the source of the sample (place where it was acquired), person procuring the same, person doing the testing, and person paying for the same.

**COURT'S RULING ON INTERROGATORY 4:** GRANTED.

**INTERROGATORY 8**: Identify all ownership interests or licensing agreements that you have for any goods or services branded as Debbie Bliss. In your response indicate the nature of the interest, the conferring party, and terms of such agreement.

**COURT'S RULING ON INTERROGATORY 8:** GRANTED. Designer Yarns shall produce a copy of the agreement as referenced in the Second and Third Supplemental Responses to this Interrogatory.

**INTERROGATORY 9**: Identify any licensing, branding, or marketing agreements between you and KFI.

**COURT'S RULING ON INTERROGATORY 9:** GRANTED to the extent that Designer Yarns shall produce a copy of the letter referenced in its response to this motion.

**INTERROGATORY 10**: Who do you contend is responsible for the contents and labeling of your products? If you content that more than one person is so responsible, or if you contend that the answer varies with different products, please identify all of the persons, their roles, and the respective products under their responsibility.

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES TO
DESIGNER YARNS, LTD. - 2
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887

| | |
|---|---|
| 1 | **COURT'S RULING ON INTERROGATORY 10:** GRANTED, subject to the |
| 2 | limitation to yarns at issue in this lawsuit. |
| 3 | **INTERROGATORY 12**: Identify all communications that you have made to your |
| 4 | employees, independent contractors, agents or customers, including KFI, regarding any purported |
| 5 | mislabeling of your products or the dispute with Cascade regarding the same. |
| 6 | **COURT'S RULING ON INTERROGATORY 12:** DENIED as to oral |
| 7 | communications, which may be explored in depositions. GRANTED as to written |
| 8 | communications, which should be certified by signature of counsel as complete. |
| 9 | **INTERROGATORY 18**: Identify any contract, employment agreement, or other |
| 10 | arrangement between you and Debbie Bliss. In your response also indicate if or how Ms. Bliss is |
| 11 | paid or reimbursed for her business related travels to Pitti Filatti, Handerbeit und Hobby, and the |
| 12 | United States. |
| 13 | **COURT'S RULING ON INTERROGATORY 18:** GRANTED only to the extent that |
| 14 | Designer yarns shall produce a copy of the agreement referenced in the response. |
| 15 | |
| 16 | DATED this 10 day of January 2012. |
| 17 | |
| 18 | |
| 19 | RICARDO S. MARTINEZ<br>UNITED STATES DISTRICT JUDGE |
| 20 | |
| 21 | Presented by: |
| 22 | SQUIRE, SANDERS & DEMPSEY (US) LLP |
| 23 | |
| 24 | By  /s/ Robert J. Guite<br>    Robert J. Guite, WSBA No. 25753 |
| 25 | Attorneys for Plaintiff and Counterclaim<br>Defendants |
| 26 | |

ORDER REGARDING CR 37 SUBMISSION
REGARDING CASCADE'S INTERROGATORIES TO
DESIGNER YARNS, LTD. - 3
Case No. 2:10-CV-00861-RSM

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887