HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE YARNS, INC., a Washington Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KNITTING FEVER, INC., a New York Corporation, KFI, INC., a New York Corporation, DESIGNER YARNS, LTD., a corporation of England, EMMEPIEFFE SRL, an entity organized or existing under the laws of Italy, SION ELALOUF, an individual, JAY OPPERMAN, an individual, DEBBIE BLISS, an individual, and DOES 1-50 <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:10-cv-00861 RSM <br><br> **ORDER GRANTING MOTION FOR WITHDRAWAL** |

AND NOW, this 29th day of March, 2013, upon consideration of the Motion to Withdraw as Counsel for plaintiff and counterclaim defendant Cascade Yarns, Inc. and third party defendants Robert A. Dunbabin, Sr., Jean Dunbabin, Robert A. Dunbabin, Jr. and Shannon Dunbabin (collectively, "Plaintiff") of Joseph P. Grasser, Amy E. Rose and the law firm of Squire

ORDER GRANTING MOTION FOR
WITHDRAWAL - 1
Case No. 2:10-CV-00861-RSM

**SQUIRE SANDERS (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA  94111
415.954.0200 FAX: 415.393.9887

Sanders (US) LLP, it is hereby ORDERED that the Motion is GRANTED and Mr. Grasser, Ms. Rose and Squire Sanders (US) LLP shall be withdrawn as *pro hac vice* counsel for Plaintiff in this matter.

**IT IS SO ORDERED.**

DATED this 1 day of April 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SQUIRE SANDERS (US) LLP

By: */s/ Joseph P. Grasser*
   Joseph Grasser, admitted *pro hac vice*

ROBERT A. DUNBABIN, JR., ATTORNEY AT LAW

By: */s/ Robert A. Dunbabin, Jr.*
   Robert A. Dunbabin, Jr.
   WSBA No. 29604

Attorneys for Plaintiff and Counterclaim Defendants

ORDER GRANTING MOTION FOR
WITHDRAWAL - 2
Case No. 2:10-CV-00861-RSM

**SQUIRE SANDERS (US) LLP**
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CALIFORNIA 94111
415.954.0200 FAX: 415.393.9887